**Leon Eugene MILLER, Petitioner—
Appellee,**

v.

**Gary FLEMING, Monroe Correctional
Complex Superintendent,
Respondent—Appellant.**

No. 07–35953.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 6, 2008.

Filed Aug. 20, 2008.

Corey Endo, Esquire, Nancy Tenney, Federal Public Defender's Office, Western District of Washington, Seattle, WA, for Petitioner–Appellee.

Donna H. Mullen, Esquire, Office of the Washington Attorney General, Criminal Justice Division, Olympia, WA, for Respondent–Appellant.

Before: PREGERSON, CANBY, and NOONAN, Circuit Judges.

ORDER *

Gary M. Fleming appeals the order of the district court for the Western District of Washington granting Leon Eugene Mil-

---

cation and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ler's petition for a writ of habeas corpus. The highest state court to review Miller's appeal of a conviction of two counts of child molestation, WASH. REV. CODE § 9A.44.083(1), did not address Miller's federal claim. Accordingly, we review it de novo. *See Pirtle v. Morgan,* 313 F.3d 1160, 1167 (9th Cir.2002).

The district court properly found that the admission of three hearsay statements violated rules "articulated by the Supreme Court" in *Ohio v. Roberts,* 448 U.S. 56, 100 S.Ct. 2531, 65 L.Ed.2d 597 (1980), *Idaho v. Wright,* 497 U.S. 805, 110 S.Ct. 3139, 111 L.Ed.2d 638 (1990), and *Lilly v. Virginia,* 527 U.S. 116, 119 S.Ct. 1887, 144 L.Ed.2d 117 (1999).

The judgment of the district court is AFFIRMED.